UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MICHELLE ANDERSON,**<br>            Plaintiff,<br><br>      vs.<br><br>**CROTHALL HEALTHCARE INC.**, a foreign corporation,<br><br>                        Defendant. | **2:21-CV-10535**<br><br>**JUDGMENT** |

## JUDGMENT

In accordance with the opinion and order issued on this date;

It is **ORDERED AND ADJUDGED that** the case be **DISMISSED** with prejudice.

Dated at Detroit, Michigan:  August 29, 2022

                                          KINIKIA ESSEX
                                          CLERK OF THE COURT

                                          s/A. Chubb
                                          Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE