# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE ANDERSON, | Case No. 2:21-CV-10535 |
| Plaintiff, | HON. TERRENCE G. BERG |
| v. | MAG. DAVID R. GRAND |
| CROTHALL HEALTHCARE, INC., | |
| Defendant. | |

| | |
|---|---|
| Joel B. Sklar  (P38338) | Gary C. Ankers  (P41599) |
| LAW OFFICES OF JOEL B. SKLAR | LITTLER MENDELSON P.C. |
| 500 Griswold, Suite 2450 | 200 Renaissance Center, Suite 3110 |
| Detroit, Michigan 48226 | Detroit, Michigan 48243 |
| (313) 963-4529 | (313) 446-6400 |
| joel@joelbsklarlaw.com | gankers@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court upon stipulation of the parties, and the Court being otherwise duly advised in the premise:

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice without any costs or fees to any party.

This Order resolves the last pending claim .  The case remains closed.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
Terrence G. Berg
United States District Judge

Entered:  February 7, 2023

SO STIPULATED:

| | |
|---|---|
| /s/ Joel B. Sklar  (w/consent) | /s/ Gary C. Ankers |
| Joel B. Sklar | Gary C. Ankers  (P41599) |
| LAW OFFICES OF JOEL B. SKLAR | LITTLER MENDELSON, P.C. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated:  January 30, 2023 | Dated:  January 30, 2023 |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on January 30, 2023, via:

| | | | |
|---|---|---|---|
| _____ | U. S. Mail | _____ | Facsimile |
| _____ | ECF Filing | _____ | Hand Delivery |
| __X__ | E-Mail | _____ | Federal Express |

/s/ Gary C. Ankers
Gary C. Ankers

2

| | |
|---|---|
| Dated: June 16, 2022 | */s/ Gary C. Ankers* |
| | Gary C. Ankers (P41599) |
| | LITTLER MENDELSON P.C. |
| | 200 Renaissance Center, Suite 3110 |
| | Detroit, Michigan 48243 |
| | (313) 446-6400 |
| | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on June 16, 2022, via:

| | | | |
|---|---|---|---|
| _____ | U. S. Mail | _____ | Facsimile |
| \_\_\_X\_\_\_ | ECF Filing | _____ | Hand Delivery |
| _____ | E-Mail | _____ | Federal Express |

*/s/ Gary C. Ankers*
Gary C. Ankers

3